IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:19-CV-446-FL

| | |
|---|---|
| BRENDA REED, | ) |
|       Plaintiff, | ) |
| v. | ) |
| JOHN HIESTER CHEVROLET OF LILLINGTON, LLC, | ) |
|       Defendant. | ) |

## ORDER

THIS MATTER IS BEFORE THE COURT on "Plaintiff's Motion to Stay All Proceedings and Reset the Remaining Discovery Deadlines" filed on June 24, 2020. Having carefully considered the Motion and the record, and noting consent of the parties, the undersigned will grant the motion.

IT IS, THEREFORE, ORDERED that "Plaintiff's Motion to Stay All Proceedings and Reset the Remaining Discovery Deadlines" is GRANTED. This action is STAYED until September 24, 2020. All remaining deadlines set in this matter's Case Management Order are extended for a period of three months.

SO ORDERED

Date: 6/26/20

_____
Judge Presiding